IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ERIC MICHAEL V.,<br>  Plaintiff, | |
| v. | Civil No. 2:23-cv-13276 |
| MARTIN O'MALLEY,<br>COMMISSIONER<br>OF SOCIAL SECURITY,<br>  Defendant.<br>_____/ | MAGISTRATE JUDGE PATTI |

## **STIPULATION TO REMAND TO THE COMMISSIONER**

Pursuant to sentence four of 42 U.S.C. § 405(g), the parties stipulate that the Court should enter an order remanding the above-captioned case to the Commissioner for further administrative action and the opportunity for a new hearing.

            Respectfully submitted,

            DAWN N. ISON
            United States Attorney

/s/ Bethany G. Versical[1]
Bethany G. Versical
Versical Law, PLLC
220 South Main St.
Royal Oak, MI 48067
(248) 886-9546
Beth.versical@gmail.com
P-75627

/s/ Lisa G. Smoller
Lisa G. Smoller
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
(617) 565-4279
lisa.g.smoller@ssa.gov[2]

---

[1] Signed with consent obtained by email by Special Assistant United States Attorney Lisa G. Smoller, received on May 10, 2024.

[2] Of Counsel: Zak Toomey, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226, MO 61618.

CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2024, the foregoing document was electronically filed with the Clerk of the Court using the ECF system.

I further certify that the undersigned emailed an encrypted copy of the document to Bethany Versical at: beth.versical@gmail.com

<u>/s/ Lisa G. Smoller</u>
Lisa G. Smoller
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
(617) 565-4279
<u>Lisa.g.smoller@ssa.gov</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC MICHAEL V.,
     Plaintiff,

Civil No. 2:23-CV-13276

v.

MARTIN O'MALLEY,
COMMISSIONER
OF SOCIAL SECURITY,
     Defendant.
_____/

MAGISTRATE JUDGE PATTI

**ORDER REMANDING CASE UNDER**
**SENTENCE FOUR PER PARTIES' STIPULATION**

The parties' Stipulation to Remand to the Commissioner is granted, and this case is remanded to the Commissioner for further proceedings and the opportunity for a new hearing under sentence four of 42 U.S.C. § 405(g).

ANTHONY P. PATTI
United States Magistrate Judge

Date: May 10, 2024