IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC MICHAEL V.,

    Plaintiff,

                                            Civil No. 2:23-CV-1376

v.

MARTIN O'MALLEY,                   MAGISTRATE JUDGE PATTI
COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.
_____/

## J U D G M E N T

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                                                         _____
                                                         ANTHONY P. PATTI
                                                         United States Magistrate Judge

Dated: May 16, 2024